MISCELLANEOUS SUPREME COURT DISPOSITIONS

CERTIFIED QUESTIONS, CERTIFIED APPEALS,
MANDAMUS PROCEEDINGS, AND OTHER MATTERS
June 14, 2012
Boles v. Jett (S060282). Alternative writ of mandamus issued.